UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>HENRY FREDERICK BROWN,<br><br>                Defendant. | Case No. CR16-259JLR<br><br>ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the motion filed by the Defendants requesting a continuance of the trial date.

In light of the circumstances that are presented in the Defendant's motion, THE COURT finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). THE COURT also finds that the failure to grant a continuance of the trial date would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i). THE COURT also finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the Defendants in a speedy trial.

PROPOSED ORDER CONTINUING
TRIAL DATE AND PRETRIAL MOTIONS
DEADLINE- 1
CR16-259JLR

LAW OFFICE OF ROBERT FLENNAUGH II, PLLC
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 447-7422
Fax: (206) 447-7534

Accordingly, THE COURT ORDERS that the period of time from the date of this Order until the new trial date of <u>Monday, March 20, 2017 at 1:30 p.m.</u>, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

Additionally, THE COURT ORDERS that the pretrial motions deadline shall be set for January 27, 2017.

DONE this 2ND day of November, 2016.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Robert Flennaugh II
Robert Flennaugh II
Counsel for Henry Brown

PROPOSED ORDER CONTINUING
TRIAL DATE AND PRETRIAL MOTIONS
DEADLINE- 2
CR16-259JLR

LAW OFFICE OF ROBERT FLENNAUGH II, PLLC
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 447-7422
Fax: (206) 447-7634

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Bruce Miyake, Assistant United States Attorney.

(s) Erin S. Ostlie
Erin S. Ostlie
Legal Assistant
Law Office of Robert Flennaugh II, PLLC
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 447-7422
Fax: (206) 447-7534
Email: erin@flennaughlaw.com

PROPOSED ORDER CONTINUING
TRIAL DATE AND PRETRIAL MOTIONS
DEADLINE- 3
CR16-259JLR

LAW OFFICE OF ROBERT FLENNAUGH II, PLLC
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 447-7422
Fax: (206) 447-7534