UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR16-0259JLR |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| HENRY FREDERICK BROWN | (COMPASSIONATE RELEASE) |

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a), IT IS ORDERED that the motion is DENIED following a complete review of the motion on the merits (Dkt. ## 37, 47).

Factors considered include: Defendant's age; Defendant's COVID-19 risk factors of hypertension and obesity; Defendant's release situation; Probation's Compassionate Release Investigation; the BOP facility where Defendant is housed and the operating procedures there; the § 3553(a) factors; Defendant's 120 month sentence, composed of the two consecutive statutory 5 year minimums; and Defendant's efforts toward rehabilitation including drug treatment. The court is not able to find extraordinary and compelling reasons to support the motion. Therefore, the motion (Dkt. ## 37, 47) is DENIED.

IT IS SO ORDERED.

Dated: May 11, 2021

JAMES L. ROBART
United States District Judge