UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0259JLR |
| Plaintiff, | ORDER |
| v. | |
| HENRY FREDRICK BROWN, | |
| Defendant. | |

Before the court is Assistant Federal Public Defender Vicki Lai's motion to withdraw as counsel for Defendant Henry Brown based on a conflict learned during representation. (Mot. (Dkt. # 72) at 1.) For the following reasons, the court DENIES the motion without prejudice.

The Local Rules for the Western District of Washington provide, in pertinent part:

> With the exception of a change or addition of counsel within the same law firm . . . , no attorney shall withdraw an appearance in any cause, civil or criminal, except by leave of court. . . . *A motion for withdrawal . . . shall include a certification that the motion was served on the client and opposing counsel.*

Local Rules W.D. Wash. GR 2(g)(4)(A) (emphasis added).

Ms. Lai's motion does not comply with the requirements of Local Rule GR 2(g)(4)(A) because it fails to include a certification that the motion was served on the client and opposing counsel. (*See generally* Mot. (stating only that Ms. Lai has informed her client and opposing counsel of her intent to file a motion to withdraw).) Accordingly, the court DENIES the motion (Dkt. # 72) without prejudice. Ms. Lai may re-file the motion in compliance with the Local Rules.

Dated this 3rd day of November, 2023.

JAMES L. ROBART
United States District Judge

ORDER - 2